UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY EBRIGHT,

    Plaintiff,

v.

    Case No. 1:20-cv-752

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 22, 2021 (ECF No. 25), recommending that the Commissioner's decision be reversed, and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.

**IT IS FURTHER ORDERED** that, on remand, the Commissioner should re-evaluate Dr. Syed's opinion with respect to the limitations arising from Plaintiff's degenerative disc disease and the amount of time that Plaintiff would spend "off task" and be absent from work.

A Judgment will be entered consistent with this Order.

Dated: December 7, 2021                    /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                               United States District Judge